No. 440. GOLDBERG *v.* RECONSTRUCTION FINANCE CORPORATION. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE REED took no part in the

consideration or decision of this application. *Mr. Meyer Abrams* for petitioner. *Solicitor General Fahy* and *Mr. John D. Goodloe* for respondent.